RECEIVED
IN MONROE, LA

JUL 0 6 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | | |
|---|---|---|
| **CLAUDY PUVERGE** | * | **CIVIL ACTION NO. 06-0099** |
| **VERSUS** | * | **JUDGE JAMES** |
| **ALBERTO GONZALES ET AL.** | * | **MAGISTRATE JUDGE HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, including the Respondents' Reply to the Court's Memorandum Order of June 16, 2006, and finding that the Magistrate Judge's recommendation is supported by the law and record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 (Document No. 1) is hereby **DISMISSED without prejudice.**

THUS DONE AND SIGNED this 6 day of July, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION